**DENY and Opinion Filed February 1, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-00086-CV**

**IN RE DAVID BARNES, Relator**

**Original Proceeding from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-11126**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Reichek

In this original proceeding, relator challenges the trial court's January 25, 2022 order imposing monetary sanctions. Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that he lacks an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

We conclude relator has failed to show that he lacks an adequate remedy by appeal. *See Braden v. Downey*, 811 S.W.2d 922, 928 (Tex. 1991) (orig. proceeding) (observing that improper monetary sanctions orders can typically be rectified on appeal). Accordingly, we deny the petition for writ of mandamus. Having denied the petition, we also deny relator's emergency motion for temporary relief as moot.

Also before the court is relator's motion to seal court records. We grant the motion and direct the Clerk of the Court to place relator's January 31, 2022 petition for writ of mandamus and the accompanying mandamus record under seal.

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

220086F.P05